**Order entered October 6, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00627-CV**
**No. 05-20-00628-CV**

**IN RE GBENGA M. FUNMILAYO, Relator**

**Original Proceedings from the County Court at Law No. 7
Collin County, Texas
Trial Court Cause Nos. 007-02520-2019 & 007-01076-2020**

## ORDER

Based on the opinion of this date, these original proceedings are **DISMISSED** as moot.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE